UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

TIMOTHY ORTIZ                                             ORDER OF DISMISSAL

   -against-                                             CV-02-5760 (DRH)

THE COUNTY OF NASSAU
-----------------------------------------------------------------------X


The Court having been in formed by letter dated June 28, 2007 that the case has settled,

IT IS HEREBY ORDERED that the case is dismissed without prejudice. The parties shall file a stipulation of dismissal with prejudice when settlement is consummated.. The clerk is directed to close this case.

SO ORDERED.

                                                             /s/
                                       DENIS R. HURLEY
                                United States District Judge

Dated: Central Islip, New York
       June 28, 2007